**INTERSTATE COMMERCE COMMIS-
SION, Plaintiff-Appellee,**

v.

**INTERSTATE AUTO SHIPPERS, INC.**
and Alfred M. Rappeport,
Defendants-Appellants.

**No. 40, Docket 28197.**

United States Court of Appeals
Second Circuit.

Argued Oct. 9, 1963.

Decided Oct. 21, 1963.

Emanuel Rothstein, New York City,
for defendants-appellants.

Seymour Glanzer, Atty., Interstate
Commerce Commission, New York City
(Bernard A. Gould, Atty., Interstate
Commerce Commission, Washington, D.
C., and Morton B. Margulies, Atty., In-
terstate Commerce Commission, New
York City, on the brief), for plaintiff-
appellee.

Before CLARK, MOORE and KAUF-
MAN, Circuit Judges.

PER CURIAM.

The preliminary injunction restrain-
ing defendants is affirmed on the well
reasoned opinion of District Judge Levet,
D.C.S.D.N.Y., 214 F.Supp. 473.